## LEVI WASHBURN *versus* SILAS HALSEY

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Rule for further return to certiorari *p. 486. *Journal 4:* (2) Judgment reversed MS p. 36.

PAPERS IN FILE: (1) Affidavit for certiorari; (2) petition for certiorari, allowance; (3) writ of certiorari; (4) affidavit of notice of intention to apply for certiorari; (5) return to certiorari; (6) further return to certiorari; (7) assignment of errors, joinder in error.

*1824–36 Calendar*, MS p. 27. Recorded in *Book B*, MS pp. 514–17.